```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  JEFFREY B. SCHENK (CSBN 234355)
    Assistant United States Attorney
 5
       150 South Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-2695
 7     Facsimile: (408) 535-5081
       jeffrey.b.schenk@usdoj.gov
 8
    Attorneys for the United States
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-70443 RS |
| Plaintiff, ) | |
| ) | NOTICE OF DISMISSAL |
| v. ) | |
| MARCO ANTONIO CORTEZ-RAMIREZ, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice as to defendant Marco Antonio Cortez-Ramirez.

DATED: April 29, 2008                Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney


                                     ___/s/_____
                                     JEFFREY B. SCHENK
                                     Assistant United States Attorney

NOTICE OF DISMISSAL - CR 07-70443-RS

1 | Leave of Court is granted to the government to dismiss that information without prejudice as to
2 | defendant Marco Antonio Cortez-Ramirez.
3
4 | Date: _____

Richard Seeborg
United States Magistrate Judge

NOTICE OF DISMISSAL - CR 07-70443-RS    2